MAY 23, 2011

No. 09–784.   AMARA ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* CIGNA CORP. ET AL. C. A. 2d Cir.   The Court vacated the judgment below in *CIGNA Corp.* v. *Amara, ante,* p. 421.   Therefore, certiorari granted, and case remanded for further proceedings.   JUSTICE SOTOMAYOR

took no part in the consideration or decision of this petition.